**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

P.V.H.,                                              :
                                                     :
               Petitioner,                           :
                                                     :
v.                                                   :          Case No. 7:26-cv-013-WLS-CHW
                                                     :                 28 U.S.C. § 2241
Warden, IRWIN DETENTION                              :
CENTER,[1]                                           :
                                                     :
               Respondent.                           :
_____

## ORDER TO SHOW CAUSE

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241

on January 12, 2026. (ECF No. 1). This case appears to involve the same issue raised in *J.A.M. v.*

*Streeval*, No. 4:25-CV-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025), concerning whether

the petitioner is properly detained under 8 U.S.C. § 1225(b)(2) or 8 U.S.C. § 1226(a). In light of that

decision, Respondent is directed to show cause within seven (7) days as to why Petitioner's

application for habeas relief should not be granted. Petitioner may file a reply within three (3) days

of Respondents' response to this Order.

**SO RECOMMENDED**, this 13th day of January, 2026.


                                        s/ Charles H. Weigle_____
                                        Charles H. Weigle
                                        United States Magistrate Judge

---

[1] [T]he default rule [for claims under 28 U.S.C. § 2241] is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official.*"* *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) (citations omitted). The Clerk's office is **DIRECTED** to change the docket to reflect the Warden of Irwin Detention Center as the sole appropriately named respondent in this action.